In the Matter of Estate of Mattie Penn Shaw, Deceased.
William T. Pridmore and Ruby Johnson Bennett, Appellants, v. David Pottishmann, Administrator de bonis non of Estate of Mattie Penn Shaw, Deceased, Appellee.

Gen. No. 47,225.

First District, First Division.

March 3, 1958.

William T. Pridmore (William M. James Jr. and Marion G. McClelland, of counsel) pro se and for Ruby Johnson Bennett, appellants; Victor Potysman for appellee. Opinion by PRESIDING JUSTICE SCHWARTZ. Not to be published in full.